NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARBARA J. LONG,**

*Claimant-Appellant*

v.

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-1946

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-5644, Judge Amanda L. Meredith.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                        LONG V. COLLINS

(2)  Each side shall bear their own costs.

FOR THE COURT

September 11, 2025                    Jarrett B. Perlow
       Date                          Clerk of Court

**ISSUED AS A MANDATE:** September 11, 2025